# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR0593-JO |
|---|---|
| Plaintiff, | **ORDER ACCEPTING PLEA** |
| v. | |
| VICTORIA NICOLE JACKSON, | |
| Defendant. | |

Defendant's request to enter a guilty plea was referred to the Magistrate Judge. After a hearing on the guilty plea, the Magistrate Judge issued a Findings and Recommendation. Neither party filed objections. The Court, therefore, adopts the Findings and Recommendation and accepts the guilty plea to Count 1 of the Information.

IT IS SO ORDERED.

Dated: 6/29/22

Honorable Jinsook Ohta
United States District Judge

22CR0593-JO